UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Raymond Cole

      v.                            Civil No. 11-cv-389-SM

USA


**ORDER PROHIBITING REMOTE ELECTRONIC ACCESS**

      Exhibit B of the Complaint in the above-captioned case contains one or more personal identifiers listed in Fed. R. Civ. P. 5.2(a). Making this information available over the Internet may result in personal or financial harm to the person whose personal information is contained in Exhibit B of the Complaint. Therefore, because good cause exists to prohibit a nonparty from obtaining remote electronic access to Exhibit B of the Complaint, the clerk shall limit remote access accordingly pursuant to Fed. R. Civ. P. 5.2(e)(2).

      **SO ORDERED**.

                                          /s/ Daniel J. Lynch
                                          Daniel J. Lynch
                                          United States Magistrate Judge


Date: August 9, 2011


cc:      Raymond Cole